## Exhibit A

## Consents to Removal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BACKPAGE.COM, L.L.C.; CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>　　　　Defendants. | Civ. No.<br><br><br>**CONSENT TO REMOVAL** |

TO: THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND ALL INTERESTED PERSONS

Medalist Holdings, Inc., Leeward Holdings, LLC, and Camarillo Holdings, LLC consent to the removal of this action from the Supreme Court of New York, County of New York, Index No. 950015/2020, to the United States District Court for the Southern District of New York.

DATED this 20 day of August 2020.

/s/ Daniel J. Quigley
Daniel J. Quigley
Daniel J. Quigley, PLC
5425 E. Broadway Blvd., Suite 352
Tucson, Arizona 85711
quigley@djqplc.com
Telephone: (520) 867-4450

Counsel for Medalist Holdings, Inc., Leeward Holdings, LLC, and Camarillo Holdings, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>BACKPAGE.COM, L.L.C.; CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC;  ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>    Defendants. | Civ. No.<br><br><br><br>**CONSENT TO REMOVAL** |

**TO: THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND ALL INTERESTED PERSONS**

Michael Lacey consents to the removal of this action from the Supreme Court of New York, County of New York, Index No. 950015/2020, to the United States District Court for the Southern District of New York.

DATED this 19 day of August 2020.

_____
Michael Lacey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>BACKPAGE.COM, L.L.C.; CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>Defendants. | Civ. No.<br><br><br><br>**CONSENT TO REMOVAL** |

TO: THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND ALL INTERESTED PERSONS

Carl Ferrer; Backpage.com, LLC; Dartmoor Holdings, LLC; IC Holdings, LLC; UGC Tech Group C.V.; Website Technologies, LLC; Atlantische Bedrijven C.V.; Amstel River Holdings, LLC; Lupine Holdings LLC; Kickapoo River Investments LLC; CF Holdings GP LLC; and CF Acquisitions LLC consent to the removal of this action from the Supreme

Court of New York, County of New York, Index No. 950015/2020, to the United States District Court for the Southern District of New York.

DATED this 20th day of August 2020.

*Mark A. Castillo*

Mark A. Castillo
Curtis | Castillo P.C.
901 N. Main Street
Dallas, Texas 75202
mcastillo@curtislaw.com
Telephone: (214) 752-2222
Fax: (214) 752-0709

Counsel for Carl Ferrer; Backpage.com, LLC; Dartmoor Holdings, LLC; IC Holdings, LLC; UGC Tech Group C.V.; Website Technologies, LLC; Atlantische Bedrijven C.V.; Amstel River Holdings, LLC; Lupine Holdings LLC; Kickapoo River Investments LLC; CF Holdings GP LLC; and CF Acquisitions LLC

Scanned with CamScanner