UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELANIE THOMPSON,

               Plaintiff,

    - against -

BACKPAGE.COM, LLC, ET AL.,

               Defendants.

20-cv-6734 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Defendant James Larkin has moved to stay this action. The plaintiff should respond to this motion by October 23, 2020. Defendant Larkin may reply by November 3, 2020.

    SO ORDERED.

Dated:    New York, New York
            September 29, 2020

                                         John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9.30.20