UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BACKPAGE.COM, L.L.C.; CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC;  ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>        Defendants. | Civ. No. 1:20-cv-06734-JGK<br><br><br>**[PROPOSED] ORDER STAYING THIS ACTION PURSUANT TO 18 U.S.C. § 1595(b)(1) AND 18 U.S.C. § 3509(k)** |

Pursuant to the stipulation of plaintiff Melanie Thompson and defendant James Larkin, and good cause appearing, the Court stays this case pursuant to 18 U.S.C. § 1595(b)(1) and 18 U.S.C. § 3509(k) until the final adjudication in the trial court (*i.e.* through sentencing and entry of final judgment) of all of the following, pending criminal cases (collectively, the "Pending Criminal Cases"):

1. An action pending in the United States District Court for the District of Arizona captioned *United States of America v. Carl Ferrer*, No. CR-18-00464-PHX-SMB;

2. An action pending in the United States District Court for the District of Arizona captioned *United States of America v. Backpage.com, LLC, et al.*, No. CR-18-00465-PHX-SMB;

3. An action pending in the United States District Court for the District of Arizona captioned *United States of America v. Michael Lacey, et al.*, No. CR-18-00422-PHX-SMB;

4. An action pending in the Superior Court for the State of California in Sacramento County captioned *People of the State of California v. Carl Ferrer*, Case No. 16FE024013;

5. An action pending in the District Court for the 94th Judicial District in Nueces County, Texas, captioned *State of Texas v. Carl Ferrer*, Case No. 18FC-1652C; and

6. An action pending in the District Court for the 94th Judicial District in Nueces County, Texas, captioned *State of Texas v Backpage.com, LLC*, Case No. 18FC-1653C.

The parties shall notify the Court, in writing, of the final adjudication in the trial court of all the Pending Criminal cases, within thirty (30) days after the final adjudication of the last of the Pending Criminal Cases.

Dated: _____, 2020
New York, New York

                                                                   John G. Koeltl
                                                                   United States District Judge