UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,

                            Plaintiff,

    - against -                      20-cv-6734 (JGK)

BACKPAGE.COM, L.L.C., ET AL.,        ORDER

                         Defendants.

---

JOHN G. KOELTL, District Judge:

By **May 11, 2023**, the parties are directed to update the Court by letter of the status of this case in view of the six criminal cases cited in the Court's October 13, 2020 order staying this action pursuant to 18 U.S.C. § 1595(b)(1) and 18 U.S.C. § 3509(k). See ECF No. 10.

The Clerk's Office is directed to mail a copy of this Order to James Larkin, the pro se defendant, at the address listed on the docket in this case.

SO ORDERED.

Dated:    New York, New York
          April 28, 2023

                                                John G. Koeltl
                                         United States District Judge