UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>BACKPAGE.COM, L.L.C.; CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>                    Defendants. | 20-cv-6734 (JGK)<br><br>**JOINT STATUS REPORT REGARDING THE STAY ORDER PURSUANT TO 18 U.S.C. § 1595(b)(1)** |

**TO THE HONORABLE COURT**:

Pursuant to this Court's order of April 28, 2023, the parties provide this report on the status of the case.

When the Court stayed this case in October 2020, the lead criminal case, *United States v. Michael Lacey, et al.,* was set for trial on April 20, 2021. The Court subsequently postponed the trial until August 23, 2021.

The trial commenced as scheduled, but the Court declared a mistrial on September 14, 2021, after repeated misconduct by the government, following which the trial judge

recused. The defense sought dismissal on double jeopardy grounds and appealed the denial of that motion to the Ninth Circuit Court of Appeals, which affirmed in September 2022.

The trial in the *Lacey* case now is scheduled to commence on August 8, 2023, and to continue through November 3, 2023 (or until the trial concludes).

The other criminal cases pending in the Arizona federal court, *United States v. Ferrer* and *United States v. Backpage.com, LLC, et al.*, are trailing the *Lacey* case, as are *People of California v. Ferrer, et al.*, which is pending in the Superior Court for the State of California in Sacramento, and *State of Texas v. Carl Ferrer* and *State of Texas v Backpage.com, LLC, et al.*, which are pending in the District Court for the 94th Judicial District in Nueces County, Texas.

May 10, 2023

*/s/ V. Nappo*
Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
PFAU COCHRAN VERTETIS AMALA PLLC
701 5th Avenue, Suite 4300
Seattle, WA 98104

James R. Marsh
Jennifer Freeman
Robert Y. Lewis
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001
*Counsel for Plaintiff Melanie Thompson*


 /s/ *James Larkin*
James Larkin
Post Office Box 4193
Scottsdale, AZ 85261
(602) 432-0115
*Pro Se*