UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,

                Plaintiffs,        20-cv-6734 (JGK)

    - against -              ORDER

BACKPAGE.COM, L.L.C., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to update the Court by **January 31, 2024** regarding the status of this case in view of the six criminal cases cited in the status report filed May 10, 2023. See ECF No. 12.

SO ORDERED.

Dated:    New York, New York
            January 19, 2024

                                            John G. Koeltl
                                     United States District Judge