UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,

                       Plaintiffs,          20-cv-6734 (JGK)

      - against -                  ORDER

BACKPAGE.COM, L.L.C., ET AL.,

                       Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff should provide another status report by **July 12, 2024.**

SO ORDERED.

Dated:    New York, New York
            February 6, 2024

                                                           John G. Koeltl
                                           United States District Judge