UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,

                        Plaintiffs,           20-cv-6734 (JGK)

        - against -                     ORDER

BACKPAGE.COM, L.L.C., ET AL.,

                        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff appeared by counsel on February 5, 2024. See ECF No. 14. The plaintiff's lawyer is instructed to file a notice of appearance. All subsequent filings will be sent to the plaintiff's lawyer via CM/ECF.

SO ORDERED.

Dated:    New York, New York
          February 23, 2024

                                            John G. Koeltl
                                     United States District Judge