UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MELANIE THOMPSON,

      Plaintiffs,    20-cv-6734 (JGK)

   - against -     ORDER

BACKPAGE.COM, L.L.C., ET AL.,

      Defendants.
_____

JOHN G. KOELTL, District Judge:

  The parties are directed to update the Court by **September 6, 2024** regarding the status of this case.

SO ORDERED.

Dated: New York, New York
   July 22, 2024

          John G. Koeltl
        United States District Judge