UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON

                Plaintiff,        20-cv-6734 (JGK)

   - against -               ORDER

BACKPAGE.COM, L.L.C., ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are ordered to update the Court by **September 20, 2024,** regarding the status of this case.

SO ORDERED.
Dated:   New York, New York
           September 9, 2024

                                                  John G. Koeltl
                                       United States District Judge