UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,                           20-cv-6734 (JGK)

              Plaintiff,            ORDER

- against -

BACKPAGE.COM, L.L.C., ET AL.,

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff appeared by counsel and filed a status report on February 5, 2024 (ECF No. 14). On February 23, 2024, the Court ordered the plaintiff's counsel to file a notice of appearance (ECF No. 16), but no such notice of appearance has been filed to date.

    The Court ordered the parties to file a status report by September 6, 2024 (ECF No. 17), but no such status report was filed. Thereafter, the Court ordered the parties to file a status report by September 20, 2024 (ECF No. 18), but no such status report has been filed to date.

    The parties are ordered to file a status report by **October 11, 2024.** If no status report is filed by that date, this case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
              September 23, 2024

                                                  John G. Koeltl
                                      United States District Judge