UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,                                    20-cv-6734 (JGK)

            Plaintiff,                              ORDER

- against -

BACKPAGE.COM, L.L.C., ET AL.,

            Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff appeared by counsel on February 5, 2024. See ECF No. 14. The plaintiff's lawyer was instructed to file a notice of appearance, ECF No. 16, but no such notice has been filed to date.

    In view of the foregoing, the Clerk is respectfully directed to mail a copy of the Court's September 23, 2024 Order (ECF No. 19), via certified mail, to the following two addresses:

1.

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
PFAU COCHRAN VERTETIS AMALA PLLC
701 5th Avenue, Suite 4300
Seattle, WA 98104

2.

James R. Marsh
Jennifer Freeman
Robert Y. Lewis
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001

SO ORDERED.

Dated:    New York, New York
           September 24, 2024

                                                  John G. Koeltl
                                     United States District Judge