AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MELANIE THOMPSON | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-CV-6734 JGK |
| BACKPAGE LLC., ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Melanie Thompson.

Date:   09/24/2024

*Attorney's signature*

Margaret E. Mabie (5760731)
*Printed name and bar number*

31 Hudson Yards, 11th Floor
New York, NY 10001

*Address*

margaretmabie@marsh.law
*E-mail address*

(315) 296-9046
*Telephone number*

(833) 210-3336
*FAX number*