UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>                    Plaintiff,<br><br>    v.<br><br>BACKPAGE.COM, L.L.C.; CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>                    Defendants. | 20-cv-6734 (JGK)<br><br>**Notice of Appearance of Counsel** |

**To:**     The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for **Plaintiff, Melanie Thompson**.

September 30, 2024

_(signature)_
Jason P. Amala
PFAU COCHRAN VERTETIS AMALA PLLC
701 5th Avenue, Suite 4300
Seattle, WA 98104
jason@pcvalaw.com
fax: (206) 623-3624

*Counsel for Plaintiff Melanie Thompson*