UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,

                                  **Plaintiff,**

              - against -

BACKPAGE.COM, L.L.C., ET AL.,

                               **Defendants.**

---

20-cv-6734 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff should provide a status report in this action by **April 1, 2025.**

SO ORDERED.

Dated:    New York, New York
           October 1, 2024

                                    John G. Koeltl
                          United States District Judge