UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>                     Plaintiff,<br><br>v.<br><br>BACKPAGE.COM, L.L.C.; CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>                     Defendants. | 20-cv-6734 (JGK)<br><br>**STATUS REPORT REGARDING THE STAY ORDER PURSUANT TO 18 U.S.C. § 1595(b)(1)** |

**TO THE HONORABLE COURT**:

Pursuant to this Court's order of October 1, 2024, Plaintiff provides this report on the status of the case.

When the Court stayed this case in October 2020, the lead criminal case, *United States v. Michael Lacey, et al.,* was set for trial on April 20, 2021. The Court subsequently postponed the trial until August 23, 2021.

The trial commenced as scheduled, but the Court declared a mistrial on September 14, 2021, following which the trial judge recused. The defense sought dismissal on double

jeopardy grounds and appealed the denial of that motion to the Ninth Circuit Court of Appeals, which affirmed in September 2022.

In September 2023, the federal criminal trial was commenced against Michael Lacey and other individuals associated with the Backpage.com website.

Defendant James Larkin died before trial commenced.

The criminal trial resulted in multiple convictions against all defendants. Defendant Michael Lacey was convicted of one criminal count in the federal action late last year. Earlier this year, the federal government announced it is trying the remaining charges against Lacey that did not result in convictions. The trial against Lacey on the remaining charges was scheduled to commence on August 6, 2024; but has now been stayed pending an appeal of the conviction to the Ninth Circuit Court of Appeals.

The other criminal cases pending in the Arizona federal court, *United States v. Ferrer* and *United States v. Backpage.com, LLC, et al.*, are trailing the *Lacey* case, as are *People of California v. Ferrer, et al.*, which is pending in the Superior Court for the State of California in Sacramento. It is anticipated that these remaining criminal cases will resolve in the coming months.

Finally, due to the death of defendant James Larkin in August of 2023, Plaintiff asserted a claim in his pending probate action in Arizona. Plaintiff will be filing a request in this matter to lift the stay for the purpose of substituting the Estate of James Larkin in place of decedent, James Larkin. After the above criminal actions are concluded, Plaintiff will further request that the Court lift the stay to allow this case to proceed forward in litigation.

March 31, 2025.

                     Jason P. Amala
                     PFAU COCHRAN VERTETIS AMALA PLLC
                     701 5th Avenue, Suite 4300
                     Seattle, WA 98104

                     James R. Marsh
                     Jennifer Freeman
                     Robert Y. Lewis
                     MARSH LAW FIRM PLLC
                     31 Hudson Yards, 11th Floor
                     New York, NY 10001

                     *Counsel for Plaintiff Melanie Thompson*