UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE THOMPSON,

                Plaintiff,        20-cv-6734 (JGK)

    - against -              ORDER

BACKPAGE.COM, L.L.C., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, on **September 23, 2025, at 2:30 p.m.** for a status conference.

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           September 17, 2025

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge