```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
MELANIE THOMPSON,

              Plaintiff,        20-cv-6734 (JGK)

  - against -                  ORDER

BACKPAGE.COM, L.L.C., ET AL.,

              Defendants.
---

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, Plaintiff Melanie Thompson may file her motion to lift the stay in this case and her motion to substitute the estate of James Larkin as a defendant by **October 31, 2025**. Responses are due **November 24, 2025**. The plaintiff may reply by **December 16, 2025**.

SO ORDERED.

Dated:    New York, New York
            September 23, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge