UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>*Plaintiff*,<br><br>v.<br><br>BACKPAGE.COM, L.L.C., CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>*Defendants*. | *The sur-reply can be filed. The Clerk is directed to close ECF No. 40. So ordered.*<br><br>*/s/ John G. Koeltl*<br>*1/6/26    USDJ*<br><br>20-cv-06734 (JGK) |

**PLEASE TAKE NOTICE** that, upon the Declaration of Erin McCampbell Paris, and upon all papers filed herein, Defendant Michael Lacey will move this Court, at the United States Courthouse for the Southern District of New York, New York, 10007, on a date and at a time to be designated by the Court, for an Order granting Lacey permission to file a sur-reply to correct the record.

DATED:      December 26, 2025          Respectfully submitted,

*/s/ Erin McCampbell Paris*
Erin McCampbell Paris
MAURICE WUTSCHER, LLP
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
716-261-4703
eparis@mauricewutscher.com

*Counsel for Michael G. Lacey*

2