UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE THOMPSON,<br><br>*Plaintiff*,<br><br>v.<br><br>BACKPAGE.COM, L.L.C., CARL FERRER; JAMES LARKIN; MICHAEL LACEY; MEDALIST HOLDINGS, INC.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS LLC; KICKAPOO RIVER INVESTMENTS LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; and JOHN DOE 1-5,<br><br>*Defendants*. | 20-cv-06734 (JGK) |

**SUR-REPLY DECLARATION OF ERIN MCCAMPBELL PARIS
IN SUPPORT OF MICHAEL LACEY'S OPPOSITION TO
PLAINTIFF'S MOTION TO LIFT STAY**

I, Erin McCampbell Paris, hereby declare and state as follows:

1. I am an attorney at law, licensed to practice in the State of New York, and admitted to practice before this Court. I am counsel for Michael Lacey ("Lacey") in the above-captioned case. Unless otherwise stated, I have personal knowledge of the matters in this declaration.

2. I respectfully submit this Sur-Reply Declaration in support of Lacey's Opposition to Plaintiff's Motion to Lift the Stay.

3. Plaintiff's Reply Memorandum of Law (Dkt. No. 37), and the Declaration of Margaret Mabie (Dkt. 37-1) misstate a critical fact.

4. In these submissions, Plaintiff's counsel declared that, "none" of the Government's witness lists in Case C "identif[ied] Plaintiff as a possible witness." (Dkt. 37-1 at ¶ 4; Ex. 2; *see also* Dkt. 37 at 7.)

5. That is not correct. As Lacey previously explained, Plaintiff was identified as a possible witness during the case. Ultimately, the government did not call her to testify at trial. As relevant here, on or about February 21, 2020, the government served a witness list on the defense that identified Plaintiff as a possible witness and, more importantly, as a "Victim" in Case C. A true and correct copy of the redacted Witness List is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 26th day of December, 2025, at Buffalo, New York.

*/s/ Erin McCampbell Paris*
Erin McCampbell Paris
MAURICE WUTSCHER, LLP
50 Fountain Plaza, Suite 1400
Buffalo, New York 14202
716-261-4703
eparis@mauricewutscher.com

*Counsel for Michael G. Lacey*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

☐ Motion to Suppress      ☐ Non-Jury Trial              ☐ Jury Trial

USA vs. Lacey, Michael, et al                CR- 18-422-PHX-SMB
<small>Last, First, Middle Initial</small>                                         <small>Year-Case No-Deft No-Judge</small>

☐ GOVERNMENT                    ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| | NAME | G/D | DATE SWORN | DATE APPEARED |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | | | | |
| 52. | | | | |
| 53. | | | | |
| 54. | | | | |
| | NAME | G/D | DATE SWORN | DATE APPEARED |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 55. | | | | |
| 56. | | | | |
| 57. | | | | |
| 58. | | | | |
| 59. | | | | |
| 60. | | | | |
| 61. | | | | |
| 62. | | | | |
| 63. | Melanie Thompson<br>Victim | | | |
| 64. | | | | |
| 65. | | | | |
| 66. | | | | |
| 67. | | | | |
| 68. | | | | |
| 69. | | | | |
| 70. | | | | |
| 71. | | | | |
| 72. | | | | |
| 73. | | | | |
| 74. | | | | |
| 75. | | | | |
| | NAME | G/D | DATE SWORN | DATE APPEARED |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 76. | | | | |
| 77. | | | | |
| 78. | | | | |
| 79. | | | | |
| 80. | | | | |
| 81. | | | | |
| 82. | | | | |
| 83. | | | | |
| 84. | | | | |
| 85. | | | | |
| 86. | | | | |
| 87. | | | | |
| 88. | | | | |
| 89. | | | | |
| 90. | | | | |
| 91. | | | | |
| 92. | | | | |
| 93. | | | | |
| 94. | | | | |
| 95. | | | | |
| | NAME | G/D | DATE SWORN | DATE APPEARED |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 96. | | | | |
| 97. | | | | |
| 98. | | | | |
| 99. | | | | |
| 100. | | | | |
| 101. | | | | |